# EXHIBIT 1



NDC# 18093-520-10

100% **Natural Plant Extracts**

*Naturasil*™

10ml (.34 fl. oz.)

**Topical Liquid Homeopathic Medicine**

**Skin Tags**

**Drug Facts**

| Active Ingredients: | Purpose |
|---|---|
| Thuja Occidentalis          Polypi, Naevi, Skin | |
| 6X HPUS          Tubercles Symptom Relief | |

*The letters HPUS indicate the component(s) in this product is (are) officially monographed in the Homeopathic Pharmacopeia of the United States.*

**Uses:** Symptomatic treatment of skin tags. May be used for anal skin tags.

**Warnings: For external use only.** Ask a doctor before use if pregnant or nursing. Avoid using near eyes or mouth. ►

---

**Hinge**

**Drug Facts** *(continued)*

**Keep out of reach of children.** Do not use if tamper evident seal is broken. In case of ingestion call Poison Control Center hotline immediately at 1-800-222-1222.

**Directions:** Apply 3 times daily to affected area. Skin tag will dry and flake away over a 3–6 week period. Some individuals may be sensitive to essential oils. Skin test for tolerability. If irritation or reaction occurs, discontinue use.

**Inactive Ingredients:** Cedar Leaf Oil, Melaleuca Alternifolia Leaf Oil, Ricinus Communis Seed Oil.

**Questions? Comments?**
www.naturasil.com 1-866-371-2499
Mfd. by: Nature's Innovation, Inc.,
2723 Brickton North Dr., Buford, GA 30518
Not tested on animals.

EXHIBIT 1 PAGE 1



NDC# 10893-500-10

100% **Natural Plant Extracts**

*Naturasil*™

10ml (.34 fl. oz.)

**Topical Liquid Homeopathic Medicine**

**Molluscum**

**Drug Facts**

| **Active Ingredients:** | **Purpose** |
|---|---|
| Thuja Occidentalis 6X HPUS | Polypi and Naevi Symptom Relief |

*The letters HPUS indicate the component(s) in this product is (are) officially monographed in the Homeopathic Pharmacopeia of the United States.*

**Uses:** Symptomatic treatment of molluscum contagiosum.

**Warnings: For external use only.** Ask a doctor before use if pregnant or nursing. Avoid using near eyes or mouth. **Keep out** ▶

---

## Hinge

**Drug Facts** *(continued)*

**of reach of children.** Do not use if tamper evident seal is broken. In case of ingestion call Poison Control Center hotline immediately at 1-800-222-1222.

**Directions:** Thoroughly wash and dry area. Apply 3-4 times daily to affected area. Molluscum will diminish and flake away over 2-6 weeks depending on severity of condition. Some individuals may be sensitive to essential oils. Skin test for tolerability. If irritation or reaction occurs, discontinue use.

**Inactive Ingredients:** Cedar Leaf Oil, Melaleuca Alternifolia Leaf Oil, Ricinus Communis Seed Oil.

**Questions? Comments?**
www.naturasil.com 1-866-371-2499
Mfd. by: Nature's Innovation, Inc.,
2723 Brickton North Dr., Buford, GA 30518
Not tested on animals.

**EXHIBIT 1 PAGE 2**



100%
Natural Plant
Extracts

**Naturasil** ™

10ml (.34 fl. oz.)
Topical Liquid
Homeopathic Medicine

**Warts**

NDC# 10099-540-10

**Drug Facts**

**Active Ingredients:**             **Purpose**
Thuja Occidentalis 6X HPUS   Wart Symptom Relief
*The letters HPUS indicate the component(s) in this product is (are) officially monographed in the Homeopathic Pharmacopeia of the United States.*

**Uses:** Symptomatic treatment of common warts, verruca vulgaris, plantar's warts and flat warts.

**Warnings: For external use only.** Ask a doctor before use if pregnant or nursing. Avoid using near eyes or mouth. **Keep out** ▶

---

**Hinge**

**Drug Facts** *(continued)*

**of reach of children.** Do not use if tamper evident seal is broken. In case of ingestion call Poison Control Center hotline immediately at 1-800-222-1222.

**Directions:** Apply 3 times daily to affected area. Warts will dry and flake away over a 3-6 week period. Some individuals may be sensitive to essential oils. Skin test for tolerability. If irritation or reaction occurs, discontinue use.

**Inactive Ingredients:** Cedar Leaf Oil, Melaleuca Alternifolia Leaf Oil, Ricinus Communis Seed Oil.

**Questions? Comments?**
www.naturasil.com 1-866-371-2499
Mfd. by: Nature's Innovation, Inc.,
2723 Brickton North Dr., Buford, GA 30518
Not tested on animals.

**EXHIBIT 1 PAGE 3**



NDC # 00000-663-30

**100% Natural Plant Extracts**

Naturasil

30ml (1.014 fl.oz.)
**Topical Liquid Homeopathic Medicine**

**Nail Fungus**

Not tested on animals.

### Drug Facts

| **Active Ingredients:** | **Purpose** |
|---|---|
| Thuja Occidentalis 6X HPUS | Crippled, Brittle and Discolored Nail Relief |

*The letters HPUS indicate the component(s) in this product is (are) officially monographed in the Homeopathic Pharmacopeia of the United States.*

**Uses:** Symptomatic treatment of nail fungus.

**Warnings: For external use only.** Ask a doctor before use if pregnant or nursing. Avoid using near eyes, mouth or mucous membranes. **Keep out of reach of children.** Do not use if tamper evident seal is broken. In case of ingestion call Poison Control Center hotline immediately at 1-800-222-1222.

**Directions:** Apply a few drops under and around nail bed 2-3 times per day until nail has completley grown out. Nail must completely grow out free of fungus before it is healthy. If not, fungus will return. Some individuals may be sensitive to essential oils. Skin test for tolerability. If irritation or reaction occurs, discontinue use.

**Inactive Ingredients:** Cymbopogon Citratus Leaf Oil, Eucalyptus Leaf Oil, Jojoba Seed Oil, Lavender Oil, Melaleuca Alternifolia Leaf Oil, Patchouli Leaf Oil.

**Questions? Comments?** www.naturasil.com 866.371.2499 Mfd. by: Nature's Innovation, Inc. 2723 Brickton North Dr., Buford, GA

**EXHIBIT 1 PAGE 4**